433 A.2d 558

Commonwealth v. Krall, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1981.

Argued March 14, 1977.   John R. Gailey, Jr., for appellant;  Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WATKINS, P.J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, J., did not participate in the consideration or decision in this case.

433 A.2d 558

Commonwealth v. Owens, Appellant.

Submitted November 14, 1980.   John H. Corbett, Jr., for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.